

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHARLES EUGENE HUTCHISON,

    Petitioner,

vs.

STATE OF NEVADA, et al.,

    Respondents.

3:10-cv-00762-RCJ-VPC

**ORDER**

    This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner. Neither a filing fee nor an application to proceed *in forma pauperis* was submitted with the petition. Petitioner must either submit the $5.00 filing fee for habeas petitions or an application to proceed *in forma pauperis*.

    **IT THEREFORE IS ORDERED** that this action is **DISMISSED** without prejudice to the filing of **a new petition in a new action**. The Clerk of the Court shall enter judgment accordingly.

    **IT FURTHER IS ORDERED** that the Clerk of the Court shall send petitioner two copies of an *in forma pauperis* application form for a prisoner, one copy of the instructions for same,

1 two copies of a blank 28 U.S.C. § 2254 habeas petition form, and one copy of instructions for the
2 same.
3   Dated: December 29, 2010

_____
UNITED STATES DISTRICT JUDGE