UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHARLES EUGENE HUTCHISON, | ) | |
| Petitioner, | ) | 3:10-cv-00762-RCJ-VPC |
| vs. | ) | **ORDER** |
| STATE OF NEVADA, *et al.*, | ) | |
| Respondents. | ) | |

This closed action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. On December 29, 2010, the Court entered an order dismissing this action without prejudice to filing a new petition in a new action. (ECF No. 3). Judgment was entered on December 30, 2010. (ECF No. 4).

On January 4, 2011, petitioner filed a motion for leave to file an amended complaint in this action. (ECF No. 5). Petitioner's motion is denied, as the Court specified in its order of December 29, 2010, that petitioner may file a new petition in a new action, but not in the instant action. (ECF No. 3, at p. 1).

Also on January 4, 2011, petitioner filed a motion for default judgment in this case. (ECF No. 7). The motion is denied, as respondents were never directed to file a response to the petition.

1     **IT IS THEREFORE ORDERED** that petitioner's motion for leave to file an amended petition (ECF No. 5) in this action is **DENIED. Petitioner may file a new petition in a new action, but he shall file no further documents in this closed case.**

    **IT IS FURTHER ORDERED** that petitioner's motion for default judgment (ECF No. 7) is **DENIED.**

DATED: This 5th day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE